08-3658-bk
In re Calpine Corp.

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT.  CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1.  IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED.  IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of November, two thousand nine.

PRESENT: DENNIS JACOBS,
                     <u>Chief Judge</u>,
             PIERRE N. LEVAL,
                     <u>Circuit Judge</u>,
             GEORGE B. DANIELS,*
                     <u>District Judge</u>.

- - - - - - - - - - - - - - - - - - - -X

IN RE: CALPINE CORPORATION,

        <u>Debtor</u>,

- - - - - - - - - - - - - - - - - - - -X

---

* The Honorable George B. Daniels, United States District Court for the Southern District of New York, sitting by designation.

**ELIAS A. FELLUSS,**

      **Appellant**,

      **-v.-**                      08-3658-bk

**CALPINE CORPORATION, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

      **Appellees**.

- - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| **APPEARING FOR APPELLANT:** | ELIAS A. FELLUSS, pro se, Centerport, N.Y. |
| **APPEARING FOR APPELLEES:** | RICHARD M. CIERI, MARC KIESELSTEIN, and DAVID R. SELIGMAN, Kirkland & Ellis LLP, New York, N.Y., and JEFFREY S. POWELL, ASHLEY C. PARRISH, and SCOTT M. ABELES, Kirkland & Ellis, Washington, D.C., for Reorganized Debtors-Appellees. |
| | MICHAEL S. STAMER, DAVID M. ZENSKY, and PHILIP C. DUBLIN, Akin Gump Strauss Hauer & Feld LLP, New York, N.Y., for Appellee Official Committee of Unsecured Creditors. |

    **UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED**.

    Elias A. Felluss, pro se, appeals from the judgment of the United States District Court for the Southern District of New York (Marrero, J.), dismissing as moot his appeal from a judgment of the United States Bankruptcy Court for the Southern District of New York (Lifland, J.). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

A district court's affirmation of a bankruptcy court's judgment is subject to plenary review; conclusions of law are reviewed <u>de novo</u> and findings of fact are reviewed for clear error.  <u>In re First Cent. Fin. Corp.</u>, 377 F.3d 209, 212 (2d Cir. 2004).  Having undertaken such a review, we affirm for substantially the reasons stated by the district court.  Felluss's appeal is equitably moot because the plan of reorganization was substantially consummated and Felluss has not overcome the ensuing presumption of mootness by establishing the factors set forth in <u>In re Chateaugay Corp.</u>, 10 F.3d 944, 952-54 (2d Cir. 1993).

Finding no merit in Felluss's remaining arguments, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK

By:_____